P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
$ 00.406
PITNEY BOWES

0 2 1M
000 4279596      JAN 14 2015
MAILED FROM ZIP CODE 78701

RE: WR-81,246-01

GLEN EARL NOBLES
- TDC #1860127

**FORWARD TO:**

FORWARD TO:
SABINE
Sheriff Tom Maddox
P.O. Box 848
Hemphill, TX 75948-0848

R E F

